UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOORE,

                  Plaintiff,

        -against-

VOUGHT INTERNATIONAL, INC., NFL,
SUPER BOWL ORGANIZING COMMITTEE,
ROGER GOODELL, DOES 1–10.,

                Defendants.

26 CIVIL 000915 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the April 21, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

       SO ORDERED.

Dated:   April 22, 2026

       New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                 Chief United States District Judge